## Exhibit A
## Statement of Claim
## Plaintiff Michael Maggio

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | FLSA Equivalent Hourly Rate[1] | FLSA Equivalent Overtime Hourly Rate[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|
| 2/17/20 - 5/15/20 | 12.71 | 61 | $ 900.00 | $ 14.75 | $ 22.13 | $ 1,969.67 | $ 1,969.67 |
| | | | | | | $ 1,969.67 | $ 1,969.67 |

Total Unpaid Overtime Wages[1] = $ 1,969.67
Total Liquidated Damages[1] = $ 1,969.67
Total[1] = $ 3,939.34

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.