UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-civ-61476-Ruiz

MICHAEL MAGGIO,

      Plaintiff,

v.

CONSUMER CAPITAL ADVOCATES, LLC,
JENSSEN VARELA A/K/A JENNSEN VARELA,

      Defendants.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, MICHAEL MAGGIO, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement and are in the process of finalizing the written settlement agreement.

                                                  Respectfully submitted,

                                                  Koz Law, P.A.
                                                  320 S.E. 9th Street
                                                  Fort Lauderdale, Florida 33316
                                                  Phone: (786) 924-9929
                                                  Fax:   (786) 358-6071
                                                  Email: ekoz@kozlawfirm.com

                                                  _____
                                                  Elliot Kozolchyk, Esq.
                                                  Bar No.: 74791

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on August 12, 2020 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

*/s/ Elliot A. Kozolchyk*

Elliot Kozolchyk, Esq.

## SERVICE LIST

Sally A. Bremiller, Esq.
The Law Office of Sally A. Bremiller, P.A.
1900 W. Oakland Park Blvd. #6022
Ft. Lauderdale, FL 33310
Phone: 954-281-9998
Direct: 954-709-4529
Email: sallyesquire@aol.com

*Attorney for Defendants*